AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>John Doe 22cr161<br>*Defendant* | Case No. 22-CR-161 (PKC) |

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 12 2022 ★
BROOKLYN OFFICE

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 05/12/2022

[redacted]
*Defendant's signature*

*Russell Duncan* (signature)
*Signature of defendant's attorney*

Russell D. Duncan, Esq.
*Printed name of defendant's attorney*

s/Hon. Pamela K. Chen
*Judge's signature*

HON. PAMELA K. CHEN, U.S.D.J.
*Judge's printed name and title*