

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FR:CSK
F. # 2021R00671

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 10, 2023

By ECF
The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Charlie Zaki Abujudeh
      Criminal Docket No. 22-161 (PKC)

Dear Judge Chen:

  Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-referenced case, the terms of which the defendant, Charlie Zaki Abujudeh, has agreed to in connection with his guilty plea accepted by Your Honor on May 12, 2022.

  The government respectfully requests that the Court enter the enclosed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

  Thank you for Your Honor's consideration of this submission.

           Respectfully submitted,

           BREON PEACE
           United States Attorney

        By: /s/ Claire S. Kedeshian
           Claire S. Kedeshian
           Assistant U.S. Attorney
           (718) 254- 6051

Encl.: Order of Forfeiture
cc:  Counsel of Record (by ECF)