U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| JPL | *271 Cadman Plaza East* |
| F. #2021R00671 | *Brooklyn, New York 11201* |

January 19, 2024

By ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Charlie Zaki Abujudeh,
              Criminal Docket No. 22-161 (PKC)

Dear Judge Chen:

      The government respectfully writes, having conferred with defense counsel, to request an approximately 30-day adjournment of sentencing in the above-referenced matter, which is currently scheduled for February 20, 2024 at 10:00 a.m. The reason for the request is that, to date, the Presentence Investigation Report has not yet been disclosed. Additionally, the undersigned is currently on trial before the Honorable Eric N. Vitaliano, which trial is expected to last through the end of February.

      As indicated above, I have conferred with defense counsel who consents to this request.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/
      Jonathan P. Lax
      Assistant U.S. Attorney
      (718) 254-6139

cc:    Russell Duncan, Esq. (counsel to defendant) (by e-mail)