LAW OFFICES
# MUNZER & SAUNDERS, LLP
2 Park Avenue, 20th Floor
New York, New York 10016

CRAIG A. SAUNDERS*  STEPHEN I. MUNZER (1939-2007)

(212) 221-3978

* ADMITTED IN NY AND NJ  E-Mail:craig@munzersaunders.com

July 1, 2024

Via ECF
Honorable Pamela K. Chen
United States District Court
Eastern District of New York
New York, NY 11201

> *Re: United States of America v. Abujudeh*
> *1:22-CR-00161 (PKC)*

Dear Judge Chen:

We are counsel for Defendant Charlie Abujudeh in the above-referenced matter.

In a letter dated September 6, 2024 (copy attached), the Clerk's office sent Mr. Abujudeh a notice seeking to collect on restitution in the amount of $46,750.00. We believe this was done in error. Restitution in the amount of $46,750.00 was entered as mandatory under the MVRA, but it also should have been deemed satisfied in light of Mr. Abujudeh's payments in connection with the parallel civil SEC case, 21-CV-4110 (PKC). See Apr. 9, 2024 Gov Ltr, filed at ECF 48. This Court has also already found that Mr. Abujudeh satisfied the criminal judgment in full. See July 10, 2024 Order exonerating cash bond, also filed at ECF 55.

It is respectfully requested that the Court notify the Financial Department that restitution has already been paid in full. I have spoken with Jonathan Lax at the U.S. Attorney's Office and he has stated that he has no objection.

Respectfully submitted,

/s/ Craig A. Saunders

Craig A. Saunders

cc: all counsel of record (via ECF)