For inquiries regarding debt call: 718-254-6080

| DATE OF NOTICE | 09/06/2024 |
|---|---|
| ACCOUNT NUMBER | 2024A32361/001 |
| COURT NUMBER | CR-22-0161 |
| BALANCE DUE | $46,750.00 |
| TAX ID NUMBER | ***-**-0045 |

Charlie Zaki Abujudeh, 56504-509
24771 Rittenhouse Circle
Laguna Hills, CA 92653

## NOTICE OF INTENT TO OFFSET

This office is responsible for collecting a debt you owe as a result of a judgment in favor of the United States. This debt may include additional costs, interest, penalties, and a surcharge which are not reflected in the amount shown above. A United States District Court entered a judgment against you and established the amount due. The District Court judgment is a final decision that you owe this debt to the United States.

We strongly urge you to pay this debt immediately. Make your payment payable to the Clerk of Court. Please include your court number on your payment.

If you do not pay your debt, Federal law allows agencies to refer debts to the United States Department of the Treasury for the purpose of collecting debts through the Treasury Offset Program. Under this program, the Department of the Treasury will reduce or withhold any of your eligible Federal payments (see list of federal payments eligible for offset on the back of this notice) by the amount of your debt. This "offset" process is authorized by the Debt Collection Act of 1982, as amended by the Debt Collection Improvement Act of 1996, and the Internal Revenue Code. Under these statutes, prior to referring a debt for offset, a federal agency must: (1) notify the debtor who is responsible for the debt that the agency plans to refer the debt to the Department of the Treasury for the offset of any pending federal payments; (2) determine that the debt is past-due and legally enforceable after providing the debtor at least 60 days in which to present evidence to the contrary; and (3) make reasonable efforts to collect the debt. The purpose of this notice is to meet these requirements.

To avoid referral of your debt to the Treasury Offset Program, within 60 calendar days from the date of this notice you must: (1) pay your debt in full; or (2) enter into a repayment agreement; or (3) present evidence that all or part of the criminal or

(Continued on Back)

*Please detach and enclose bottom portion with payment*

---

Payment must be received by the PAYMENT DUE Date in order for your payment to be applied before the next billing cycle.

## Administrative Offset Notice

| Account Number | 2024A32361/001 |
|---|---|
| Name | Charlie Zaki Abujudeh |
| Court Number | CR-22-0161 |
| Payment Due Date | Immediately |
| Total Amount Due | $46,750.00 |
| Amount Enclosed | |

Please mail payments to:
US Clerk of Court
225 Cadman Plaza East
Brooklyn, NY 11201

☐ Check here for change of address and annotate below.

**56504-509**