UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | SATISFACTION OF JUDGMENT |
| -against- | Docket No. CR-22-0161<br>Chen, J. |
| CHARLIE ZAKI ABUJUDEH,<br><br>    Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $46,850.00, that is, restitution in the amount of $46,750.00, plus interest, and a special assessment in the amount of $100.00, on April 9, 2024, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on April 9, 2024; and

WHEREAS, said judgment has been fully paid as to the defendant CHARLIE ZAKI ABUJUDEH;

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy and discharge the same solely as to the defendant CHARLIE ZAKI ABUJUDEH.

Dated:  Brooklyn, New York
     April 11, 2025

                JOHN J. DURHAM
                United States Attorney
                Eastern District of New York
                271 Cadman Plaza East, 8th Fl.
                Brooklyn, New York 11201

       By:   /s/
           DANIEL G. SAAVEDRA
           Assistant U.S. Attorney
           (718) 254-6360